# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00364-CV

**Shannan Kelm, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 16,433A, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Shannan Kelm appealed the termination of her parental rights. Her attorney on appeal has filed an *Anders*-style brief,[1] discussing relevant standards and authorities, the evidence, the jury's findings, and the judgment. Her attorney concluded that there are no arguable issues on appeal and that the appeal is frivolous. Her attorney attached a copy of a letter stating that she has mailed "a copy of the Appeal to every address" the attorney has for Kelm. In the letter, the attorney tells Kelm that Kelm has the right to file an appeal pro se and to view the record. The attorney's motion to withdraw recites that it was sent to every party. More than thirty days have passed, and no pro se brief has been filed.

---

[1] *In re A.W.T.*, 61 S.W.3d 87, 90 (Tex. App.—Amarillo 2001, no pet.) (applying *Anders v. California*, 386 U.S. 738 (1967), in parental rights termination case).

We have examined the record and agree with Kelms's attorney's conclusion that there are no arguable issues and that the appeal is frivolous. We grant the motion to withdraw as attorney filed by Kelm's attorney.

Affirmed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed: February 11, 2009